

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00246-CV

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### v.
### DANIEL CHRISTOPHER TAYLOR

On Appeal from the
343rd District Court of Bee County, Texas
Trial Court Cause No. B-18-1628-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Appellant, Texas Department of Criminal Justice, is exempt from all costs.

We further order this decision certified below for observance.

June 15, 2023